MICHELE BECKWITH
Acting United States Attorney
CHAN HEE CHU
Assistant United States Attorney
MISDEMEANOR UNIT
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 5:25-po-00007-CDB |
| Plaintiff, | [Citation #E2091192 CA/14] |
| v. | MOTION AND [PROPOSED] ORDER FOR DISMISSAL |
| KENNETH M. GRIFFIN, | |
| Defendant. | |

The United States of America, by and through Michele Beckwith, Acting United States Attorney, and Chan Hee Chu, Assistant United States Attorney, hereby moves to dismiss [Citation #E2091192 CA/14] in Case No. 5:25-po-00007-CDB against KENNETH M. GRIFFIN, without prejudice, in the interest of justice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

DATED: February 27, 2025             Respectfully submitted,

                                                    MICHELE BECKWITH
                                                  Acting United States Attorney

                                   By:   /s/ *Chan Hee Chu*
                                            CHAN HEE CHU
                                            Assistant United States Attorney

**O R D E R**

IT IS HEREBY ORDERED on the motion of the United States of America pursuant to Fed. R. Crim. P. 48(a) that [Citation #E2091192 CA/14] in Case No. 5:25-po-00007-CDB against KENNETH M. GRIFFIN be dismissed, without prejudice, in the interest of justice.

IT IS SO ORDERED.

Dated:  **February 27, 2025**

_____
UNITED STATES MAGISTRATE JUDGE